## FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT
## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

**Ryjohn Bradsbery**
(Enter above the full name of the plaintiff in this action)

COMPLAINT

V.

**State of New Jersey, Charles Ellis, Phil Murphy, Jared Maples, Gurbir S. Grewal**
(Enter the full name of the defendant of defendants in this action)

Civil Action No. _____

(To be supplied by the Clerk of the Court)

### INSTRUCTIONS; READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of $50.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6. If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7. If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a. Jurisdiction is asserted pursuant to (CHECK ONE)

✓ 42 U.S.C. §1983 (applies to state prisoners)

___ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:
_____
_____

1b. Indicate whether you are a prisoner or other confined person as follows:

✓ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

___ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

___ Other: (please explain) ___N/A___

DNJ-ProSe-006-ProSePrisCvRghtsCmpFrm-STANDARD-(Rev.05-2013)

2. Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a. Parties to previous lawsuit:

Plaintiff(s): ___N/A___

Defendant(s): ___N/A___

b. Court and docket number: ___N/A___

c. Grounds for dismissal: ( ) frivolous   ( ) malicious

   ( ) failure to state a claim upon which relief may be granted

d. Approximate date of filing lawsuit: ___N/A___

e. Approximate date of disposition: ___N/A___

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? _Mercer County Correctional Center / State of New Jersey, Charles Ellis, Phil Murphy,_
4. Parties _Jared Maples, Gurbir S. Grewal_

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a. Name of plaintiff: _Ryjohn Bradsbery_

Mercer County Correctional Center
Address: P.O. Box 8068 Trenton, N.J. 08650
Inmate #: 541684

b. First defendant:

Name: Charles Ellis

Official position: Warden of Jail

Place of employment: Mercer County Correctional center

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

see, Attached statement of facts and history

c. Second defendant:

Name: State of New Jersey

Official position: Government

Place of employment: ___

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

see, attached statement of facts and history

d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant. Yes, see, attached statement of facts and history.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

   ✓ Yes   ___ No

   If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

   I've filed two grievance's/complaints with the warden charles Ellis and he Refused to Respond as mandated and ignored the process and No Results.

   If your answer is "No," briefly explain why administrative remedies were not exhausted.

   N/A

6. Statement of Claims

   (State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places.
   If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

   See, Attached statement of facts and history

7. Relief

(State briefly exactly what you want the Court to do for you.

see, Attached Statement of facts and history and Requested.

8. Do you request a jury or non-jury trial? (Check only one)

(✓) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30th day of July, 2020

_____
Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).

Ref: Docket No. _____
Plaintiff Ryjohn Bradsbery V. State of New Jersey, A.C.L.U. Gurbir S. Grewal, A.G., Angelo J. Onofri, Mercer County Correctional Center, Governor Phil Murphy Department of health, Shereef Elnahal, MD, Mph; Office of Homeland and security and preparedness, Jared Maples, county executive

The plaintiff in the case at bar would like to articulate for this record and rely chiefly on the below statement of facts and history and on the defendant's above antecedents state and federal constitutional violations of the plaintiff rights. In the case at hand, by contrast, let this record reflect, the defendant's above violated the plaintiff 8th. Amend. US. const. Cruel and unusual punishment, 14th. Amend. US const. Due-process of law and Equal protection On March 22, 2020 the N.J. Supreme court Docket No. 084230, issued a consent order to release offenders from the county Jails, in conjunction with the Governor Phil Murphy executive order No. 103 (2020)(March. 9, 2020) based on the dangers posed by coronavirus,-

6-A

disease 19 (COVID-19) and the statewide impact of the nature of the request in light of the public health emergency and state of emergency declared by Governor. It is further arguendo for this record, indictable offenses were included and applicable, Reiterated in the above consent order and therefore retroactive to all offenses due to the facts, (1) the supreme court of New Jersey in it's consent order Docket No. 084230, dated March 22, 2020, page 1, only on its own motion, having relaxed the rules of court and did not exclude the fact, each defendant is presumed innocent until proven guilty beyond a reasonable doubt, (2) even if so, guilty is guilty even if it's by plea of guilty or trial, (3) Indictable offenses was included, crime is crime, there is no such thing is a free crime in New Jersey, in fact, it is the cost of doing business per, N.J.S.A. 2C:44-1(A-11). Let this record reflect, in conjunction with the above consent order, based on Governor Murphy's executive order No. 103-(20

6-B

(2020) (Mar. 9, 2020) was ordered social distancing, ordered by at least 6 feet apart. It is further articulated for this record, Warden Charles Ellis, was notified that a Mercer County Correction Officer was in a hospital after testing positive for coronavirus (COVID-19), on March 26, 2020, which he last worked March 20, 2020. According to the Warden Charles Ellis certifications, dated 4-3-2020, 4-29-2020, 5-13-2020, 5-29-2020, #5 in such certifications it was stated responding to this information, C.O.'s, staff and inmates were notified. This is not true, enlight of the fact, (A) This would be a clear violation of this officer privacy rights, (B) also another (separation of power doctrine) violation as we have adopted in the 3rd cir., Next in #5, this is so not to be true, (1) none of the inmates were notified because this is against staff policies to include inmates in it's plans, (2) for great example, a inmate Wendell Johnson was not notified or Quarantined as of the certifications dated 4-3-2020, 4-29-2020, 5-13-2020, by Warden Charles -

10-C

Ellis certified pursuant to R.1:4-4(B). let this record reflect, the inmate Wendell Johnson was attending his Jury Trial from 3-3-2020 thru 3-12-2020, which he's had at least (3) contacts with this first officer WRENN putting hands and leg cuffs on this inmate. It's further articulated for this record, the state of emergency and public health emergency was declared by Gov. Murphy 3-9-2020 and a trial was at large. Further more to state, in certification 4-3-2020 4-29-2020, the warden stated he instructed all staff and officer's at the jail to stay home if they are sick; Next on 5-13-2020, 5-29-2020, he controdict his original order in #6 stating all staff and officer's were ordered to return to full duty at the Jail. It is clear, N.J.A.C. 10A:31-14.2, 42 U.S.C., 42 U.S.C.S. 97., Act R.S. 4797. It is clear, according to the warden Ellis certification, dated 4-3-2020, #6, there had been no other reports of positive (COVID)-19) tests. —

6 - D

for C.O.'s or staff. Let this record reflect, that fact, only is because this Warden Ellis, Refused to test any of the staff or officer's enumerated above statement of facts. What is clearer, it is requested Judicial notice be taken of the fact, this Warden Ellis in the above same statement from the Warden Ellis, in his complete neglect, never mentioned or perhaps attempt to show concerned or sign of any inmates, due to his personal neglect or concern for the inmates. Therefore it is articulated, the following would be applicable to the case at bar, N.J.A.C. 10A:31-14.2, 10A:4-3.1, N.J.S.A. 2C:13-8.1., 42 U.S.C.S. 1701. It is clear, Warden Ellis certification dated 4-3-2020, 4-29-2020, 5-13-2020, 5-29-2020, the Warden Ellis full neglect and repeated "only necessary outside traffic is permitted to enter the jail and visitors are not allowed into the Jail to see the inmates." Therefore it is clearer, never mind the fact of

6-E

the inmates state and federal constitutional rights enumerated in N.J.A.C. 10A:4-3.1, (#3), (#4) because the inmates have their personal doctors to actually treat their patients incarcerated, when the M.C.C.C. Medical is ineffective and inactive in treatments, in the normal world, once a (COVID-19) patient is tested positive, a regime is assigned to them (wash hands, cover face, 6 feet, no sharing or touching, take vitamin C and etc.) The M.C.C.C. does none of the assigned for treatment. Let the record reflect, had Warden Ellis informed the trial court of the facts of he could not secure the safety of the inmates and do his job and practice social distancing because the pause of the N.J. supreme court consent order and the so called indicted defendent's, that have produced inactive and ineffective indictments that were illegally signed by the assistance prosecutor's in the mercer county that is attached, see, (P-1 through P-6) And in conjunction with R.1:4-5, N.J.S.A. 2A:158-4,

6-F

and the actual (separation of power doctrine) adoption in the 3rd. Cir., perhaps and in fact, this would have not allowed him to play the executor for the state death row cases, instead of the simple warden which his title, is which is in fact, a separate now (violation of the separation of power doctrine.) It is clearer, New Jersey has in a **attempt** ~~the~~ to **waive** the death **penalty**. However in reality, the death penalty is in full affect through the Bail reform catch all factors, that was adopted from the death penalty phase and therefore R.3:1-3, would be applicable and the state of New Jersey is responsible for the plaintiff's death through the disease (COVID-19), that was contracted through his incarceration at the M.C.C.C. and neglect of the warden Charles Ellis lack of many topic's including leadership. This is a clear and uncut point of view of neglect under, discrimination, retaliation, cruel and unusual punishment, freedom of religious, healthcare,

6-G

proper ventilation, fresh air, personal abuse, personal injury, pain and suffering, contractor violation, Injury from a silent war - risk hazard due to U.S.A. oweing the chinese Gov, Trillions of dollars not paid and the plaintiff was a victim of the wide spread disease in retaliation, wrongfully death. Let the record reflect, this explains why the state of New Jersey and the applicable defendant's as co-defendants does not have the plaintiff signature of approval, to test the plaintiff for (COVID-19) coronavirus and instead fraud the signature of plaintiff.

## Conclusion

Enlight of all enumerated points, it is requested 150 billion dollars and all my current charges dropped/dismissed against me. Pursuant to 28 U.S.E. 1746, I declare under penalty of perjury that the foregoing is true and correct.

By [signature]

plaintiff

07/25/2020

6-H